UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRUCE LANGSTON,
       Plaintiff,

v.                                      No. 10-CV-00344 BB/WDS

STATE OF NEW MEXICO CHILDREN,
YOUTH, AND FAMILIES DEPARTMENT,
by and through Cabinet Secretary
DORIAN DODSON, and JULIA KLCO,
DONNA HAZLET, and DEBRA
PRITCHARD, individually and in their
professional capacities.
       Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER,** having come before the Court on the *Plaintiff's Unopposed Motion to Extend Discovery Deadlines*, **THE COURT**, having considered the matter, finds the Plaintiff's motion well-taken and hereby **ORDERS** that the Plaintiff's deadline to submit its *Responses to Defendant New Mexico Children, Youth and Families Department's First Set of Interrogatories and Requests for Production* to October 8th, 2010.

_____
**THE HONORABLE DANIEL SCHNIEDER**